IN THE UNITED STATES MAGISTRATE COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | PO 18-05074-BLG-TJC |
|---|---|
| Plaintiff, | Violation No. F4863697<br>Location Code: M6H |
| vs. | |
| RUSTY L. SMITH, | ORDER |
| Defendant. | |

Upon review of the docket and good cause appearing,

IT IS HEREBY ORDERED that the payment received on October 5, 2018 shall be accepted as payment in full for the Forfeiture Amount and Processing Fee associated with Violation No. F4863697 issued to Rusty L. Smith on July 25, 2018.

IT IS FURTHER ORDERED that the Violation Notice is deemed fully adjudicated and the warrant issued on October 3, 2018 for Rusty L. Smith regarding Violation No. F4863697 shall be QUASHED.

The Clerk of Court is directed to notify the U.S. Marshals Service of this Order immediately.

DATED this 9th day of October, 2018.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge

1